FILED

# United States District Court

NOV 12 2008

EASTERN DISTRICT OF MISSOURI

U. S. DISTRICT COURT
E DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA

V.

RICHARD RUSSELL

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:08MJ219

I, Douglas Boland, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 2, 2008, in the Eastern District of Missouri and elsewhere, defendant RICHARD RUSSELL did,

knowingly cause to be delivered by the United States Postal Service a threatening communication

in violation of Title 18, United States Code, Section 876(c). I further state that I am a United States Postal Inspector and that this complaint is based on the following facts:

See Attached Affidavit.

**Continued on the attached sheet and made a part hereof.**   __X__ Yes   No_ No

Sworn to before me, and subscribed in my presence

*Douglas Boland* (signature)
Signature of Complainant
Douglas Boland
Postal Inspector
U.S. Postal Inspection Service

November 12, 2008
Date

at   St. Louis, Missouri
City and State

*David D. Noce* (signature)
Signature of Judicial Officer

David D. Noce
United States Magistrate Judge
Name and Title of Judicial Officer